IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LION OIL COMPANY                                                    PLAINTIFF


vs.                              Civil No. 13-CV-1071


NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, *et al.*                                 DEFENDANTS


**<u>ORDER</u>**

Before the Court is Plaintiff's Motion to Exclude Testimony or Evidence Relating to Pillsbury's Pre-suit Coverage Opinion.  ECF No. 148.  Defendants have responded.  ECF No. 158. The Court finds the matter ripe for consideration.

Plaintiff moves the Court to exclude any evidence of the pre-suit opinion of Plaintiff's attorneys as to whether Plaintiff's insurers should pay or deny Plaintiff's insurance claim, and any related claim investigation.  Defendants state that they will not present Pillsbury's pre-suit coverage opinion to the jury at trial.  Thus, the Court finds that Plaintiff's motion should be and hereby is **GRANTED**.  All evidence and testimony concerning the pre-suit opinion of Plaintiff's counsel on coverage of Plaintiff's insurance claims under the policies are excluded.

IT IS SO ORDERED, this 20th day of October, 2015.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge