IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Lion Oil Company,

    Plaintiff,

v.

National Union Fire Insurance Company of
Pittsburgh, PA, *et al*.

    Defendants.

Civil Action No. 1:13-CV-01071-SOH

### STIPULATION REGARDING LOSSES

The attached agreed measure of loss is agreed to by all parties and their counsel.

Further, if a verdict is entered in Plaintiff Lion Oil Company's favor, Defendant Insurers will pay $268,000 in loss adjustment expense to Plaintiff.

If a verdict is entered in Plaintiff's favor, the Court will deduct the agreed deductible amounts from the award.  The deductible amount will not be provided to the jury.

This Stipulation is not an agreement that any amount of Plaintiff's losses is covered under the policies of insurance purchased from Defendants.

Dated: October 25, 2015

                                                Respectfully submitted,

| | |
|---|---|
| PPGMR LAW, PLLC | FRIDAY, ELDREDGE & CLARK LLP |
| By Counsel, | By Counsel, |
|  */s/ Brian H. Ratcliff* |  /s/ *James M. Simpson* |
|   Brian H. Ratcliff (AR 88154) | James M. Simpson |
|   P.O. Box 1718 | Martin A. Kasten |
|   100 East Church Street | 400 West Capital, Suite 2000 |

<div style="columns:2">

El Dorado, AR  71731-1718
Phone  870-862-5523
Fax:  870-862-9443
Cell:  870-814-9542
Brian@ppgmrlaw.com

Julie DeWoody Greathouse (AR 99159)
Kimberly D. Logue (AR 2009242)
P.O. Box 251618
Little Rock, AR 72225-1618
Phone: 501-603-9000
Facsimile: 501-603-0556
julie@ppgmrlaw.com
kim@ppgmrlaw.com

- and -

PILLSBURY WINTHROP SHAW

PITTMAN LLP

Geoffrey J. Greeves
Peter M. Gillon
Vernon Thompson, Jr.
1200 Seventeenth Street, NW
Washington, D.C. 20036-3006
Tel.: (202) 663-8000
Fax: (202) 663-8007
geoffrey.greeves@pillsburylaw.com
peter.gillon@pillsburylaw.com
vernon.thompson@pillsburylaw.com

Vincent E. Morgan
909 Fannin, Suite 2000
Houston TX 77010
Tel.: 713.276.7625
Fax.: 281.582.6308
vince.morgan@pillsburylaw.com

*Counsel for Plaintiff*

Little Rock, AR 72201-3522
simpson@fridayfirm.com
Mkasten@fridayfirm.com

 - and –

ROBINS, KAPLAN, MILLER & CIRESI LLP

William A. Webster
Amy M. Churan
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
WAWebster@rkmc.com
AMChuran@rkmc.com

*Counsel for Defendants*

</div>

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2015, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Arkansas by using the CM/ECF System and that service will provide notice to all attorneys of record.

                                      /s/ *Brian H. Ratcliff*
                                      Brian H. Ratcliff