## Jury Stipulation Expense Categories

| Description | *Expense* |
|---|---:|
| **Stranded Oil** | |
| Crude Oil Storage Deal with Statoil - 868,000 bbls @ $1.77/bbl loss | $1,513 |
| **Asphalt Related** | |
| Additional additives (vegetable oil/acid) | $4,617 |
| Purchase 41,900 tons of good asphalt @ $637/ton, sold @ $563/ton | $3,119 |
| Extra asphalt freight & modification costs | $1,586 |
| Asphalt Rail Car repurposed for crude oil delivery | $285 |
| **Alternative Sources of Crude Oil and Other Feedstock** | |
| Misc. (trucking, cleaning and recycling costs) | $221 |
| Total | $11,341 |

Jury Stipulation Measurement

| Time Period | | | Measurement | | | Cummulative Total |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| From | To | Days | Net Margin | Expense | Total by Month | |
| 28-Apr-12 | 30-Apr-12 | 3 | $193,000 | $86,489 | $279,489 | $279,489 |
| 1-May-12 | 31-May-12 | 31 | $10,168,000 | $460,052 | $10,628,052 | $10,907,541 |
| 1-Jun-12 | 30-Jun-12 | 30 | $12,772,000 | $907,888 | $13,679,888 | $24,587,429 |
| 1-Jul-12 | 31-Jul-12 | 31 | $4,201,000 | $934,051 | $5,135,051 | $29,722,480 |
| 1-Aug-12 | 31-Aug-12 | 31 | $4,930,000 | $1,173,051 | $6,103,051 | $35,825,531 |
| 1-Sep-12 | 30-Sep-12 | 30 | $4,416,000 | $1,084,888 | $5,500,888 | $41,326,419 |
| 1-Oct-12 | 31-Oct-12 | 31 | $15,746,000 | $1,579,051 | $17,325,051 | $58,651,470 |
| 1-Nov-12 | 30-Nov-12 | 30 | $3,632,000 | $1,117,888 | $4,749,888 | $63,401,358 |
| 1-Dec-12 | 31-Dec-12 | 31 | $3,356,000 | $981,051 | $4,337,051 | $67,738,409 |
| 1-Jan-13 | 18-Jan-31 | 31 | $631,000 | $970,051 | $1,601,051 | $69,339,460 |
| 1-Feb-13 | 28-Feb-13 | 28 | $335,000 | $1,829,563 | $2,164,563 | $71,504,023 |
| 1-Mar-13 | 4-Mar-13 | 4 | $23,000 | $216,652 | $239,652 | $71,743,675 |
| | | | | | | |
| 28-Apr-12 | 4-Mar-13 | 311 | $60,404,000 | $11,340,675 | $71,743,675 | |

Judge Stipulation Measurement

| Time Period Date | | | Measurement | | | |
|---|---|---|---|---|---|---|
| From | To | Days | Net Margin | Expense | Total by Month | Cummulative Total |
| 28-Apr-12 | 30-Apr-12 | 3 | $193,000 | $86,489 | $279,489 | $279,489 |
| 1-May-12 | 31-May-12 | 31 | $10,168,000 | $460,052 | $10,628,052 | $10,907,541 |
| 1-Jun-12 | 30-Jun-12 | 30 | $12,772,000 | $907,888 | $13,679,888 | $24,587,429 |
| 1-Jul-12 | 31-Jul-12 | 31 | $4,201,000 | $934,051 | $5,135,051 | $29,722,480 |
| 1-Aug-12 | 31-Aug-12 | 31 | $4,930,000 | $1,173,051 | $6,103,051 | $35,825,531 |
| 1-Sep-12 | 30-Sep-12 | 30 | $4,416,000 | $1,084,888 | $5,500,888 | $41,326,419 |
| 1-Oct-12 | 31-Oct-12 | 31 | $15,746,000 | $1,579,051 | $17,325,051 | $58,651,470 |
| 1-Nov-12 | 30-Nov-12 | 30 | $3,632,000 | $1,117,888 | $4,749,888 | $63,401,358 |
| 1-Dec-12 | 31-Dec-12 | 31 | $3,356,000 | $981,051 | $4,337,051 | $67,738,409 |
| 1-Jan-13 | 18-Jan-31 | 31 | $631,000 | $970,051 | $1,601,051 | $69,339,460 |
| 1-Feb-13 | 28-Feb-13 | 28 | $335,000 | $1,829,563 | $2,164,563 | $71,504,023 |
| 1-Mar-13 | 4-Mar-13 | 4 | $23,000 | $216,652 | $239,652 | $71,743,675 |
| 28-Apr-12 | 4-Mar-13 | 311 | $60,404,000 | $11,340,675 | $71,743,675 | |
| Waiting Period | | | | | | |
| 28-Apr-12 | 27-May-12 | $ 30.00 | ($9,049,000) | ($512,000) | ($9,561,000) | |
| Loss Net of 30 Day Waiting Period | | | $51,355,000 | $10,828,675 | $62,182,675 | |