IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

## MINUTES

| | |
|---|---|
| LION OIL COMPANY | JUDGE: Susan O. Hickey, U. S. District Judge |
| PLAINTIFF | REPORTER: Felisha Burson |
| ATTY: B. Ratcliff, J. Greathouse, P. Gillon, V. Thompson, K. Logue | CLERK: Robin Gray |
| NUFIC of PA, et al. | CASE NO. 1:13-CV-1071 |
| DEFENDANT | INTERPRETER: |
| ATTY: A. Churan, J. Simpson, W. Webster, C. Cannizzaro | DATE: October 26, 2015 |

ACTION: Jury Trial - Day 1

| TIME | MINUTES |
|---|---|
| 8:15 am | In Chambers Hearing. |
| 9:15 am | Court convenes. |
| | 80 prospective jurors appear for qualification and selection. |
| | Jury panel qualified. |
| | Voir Dire by the Court. |
| 10:46 am | Recess. |
| 11:07 am | Court reconvenes. |
| | Voir Dire on behalf of Plaintiff, Lion Oil Company. |
| 11:52 am | Voir Dire on behalf of Defendants, NUFIC of PA et al. |
| | Jury drawn. |
| 12:54 pm | Recess pending peremptory strikes. |
| 2:09 pm | Court reconvenes. |
| | Jury seated.  Remaining jurors are released. |
| | Initial instructions by the Court. |
| 2:24 pm | Opening Statements on behalf of Plaintiff, Lion Oil Company. |
| 3:24 pm | Opening Statements on behalf of Defendants, NUFIC of PA, et a. |
| 3:57 pm | Recess. |
| 4:11 pm | Court reconvenes. |
| | Evidence on behalf of Plaintiff, Lion Oil Company. |
| | Sworn Plaintiff's Witnesses:  (1)  Steve Cousins. |
| | Jury released. |
| | Hearing outside the presence of the jury. |
| 5:17 pm | Court adjourned. |