# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

**MINUTES**

LION OIL COMPANY

PLAINTIFF

ATTY: B. Ratcliff, J. Greathouse, P. Gillon,

V. Thompson, K. Logue

NUFIC of PA, et al.

DEFENDANT

ATTY: A. Churan, J. Simpson, W. Webster

C. Cannizzaro

JUDGE: Susan O. Hickey, U. S. District Judge

REPORTER: Felisha Burson

CLERK: Robin Gray

CASE NO. 1:13-CV-1071

INTERPRETER:

DATE: October 27, 2015

ACTION: Jury Trial - Day 2

| TIME | MINUTES |
|---|---|
| 8:30 am | In Chambers Hearing. |
| 8:55 am | Court convenes. |
| | Evidence on behalf of Plaintiff, Lion Oil Company. |
| | Sworn Plaintiff's Witnesses:  (2)  Johnita Jones (video deposition). |
| 10:35 am | Recess. |
| | Court reconvenes. |
| | Evidence on behalf of Plaintiff, Lion Oil Company. |
| | Sworn Plaintiff's Witnesses:  (3)  Steve Koetting (video deposition). |
| 12:09 pm | Recess. |
| 1:16 pm | Court reconvenes. |
| | Evidence on behalf of Plaintiff, Lion Oil Company. |
| | Sworn Plaitiff's Witnesses:  (4)  Fred Green. |
| 3:11 pm | Recess. |
| 3:33 pm | Court reconvenes. |
| | Evidence on behalf of Plaintiff, Lion Oil Company. |
| | Sworn Plaintiff's Witnesses:  (4)  Fred Green, continuing. |
| | Jury released until 8:30 a.m., Wednesday, October 28, 2015. |
| | Hearing outside the presence of the jury. |
| 4:55 pm | Court adjourned. |
| | |
| | |
| | |
| | |