IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

## MINUTES

| | |
|---|---|
| PLAINTIFF: LION OIL COMPANY | JUDGE: Susan O. Hickey, U. S. District Judge |
| ATTY: B. Ratcliff, J. Greathouse, P. Gillon<br>V. Thompson, K. Logue, G. Greeves | REPORTER: Felisha Burson<br>CLERK: Robin Gray |
| DEFENDANT: NUFIC of PA, et al. | CASE NO. 1:13-CV-1071 |
| | INTERPRETER: |
| ATTY: A. Churan, J. Simpson, W. Webster<br>C. Cannizzaro | DATE: October 30, 2015 |

ACTION: Motion Hearing Outside the Presence of the Jury

| TIME | MINUTES |
|---|---|
| 8:40 am | Court convenes. |
| | Motion hearing outside the presence of the jury. |
| | [200] Motion for Judicial Notice of Certain Dictionary Definitions by Lion Oil Company. |
| | Argument in support of [200] Motion for Judicial Notice of Certain Dictionary Definitions by Lion Oil Company. |
| | Argument in opposition of [200] Motion for Judicial Notice of Certain Dictionary Definitions by Lion Oil Company. |
| | The Court takes the motion under advisement. |
| | Argument re: Post Hearing/Trial Briefs. |
| | Oral Motion for Judgment as a Matter of Law as to Service Interruption Coverage on behalf of Lion Oil Company. |
| | Oral Motion for Judgment as a Matter of Law as to Service Interruption Coverage on behalf of NUFIC of PA, et al. |
| | The Court takes the matter under advisement. |
| | [199] Motion to Amend/Correct Complaint to Conform to the Parties' Stipulation Regarding Losses by Lion Oil Company. |
| | Argument in support of [199] Motion to Amend/Correct Complaint to Conform to the Parties' Stipulation Regarding Losses by Lion Oil Company. |
| | Argument in opposition of [199] Motion to Amend/Correct Complaint to Conform to the Parties' Stipulation Regarding Losses by Lion Oil Company. |
| | Oral Motion for Judgment as a Matter of Law as to Lion Oil's Contingent Extra Expense Claim on behalf of NUFIC of PA, et al. |
| | Oral Motion for Judgment as a Matter of Law as to Lion Oil's Contingent Extra Expense Claim on behalf of Lion Oil Company. |
| | The Court takes the matter under advisement. |
| 11:52 am | Court adjourned. |