...

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

Lion Oil Company,

    Plaintiff,

v.

National Union Fire Insurance Company of Pittsburgh, PA, Great Lakes Reinsurance UK PLC, ACE American Insurance Company, XL Insurance America, Inc., Certain Underwriters at Lloyds (Talbot Syndicate 1183), Torus Specialty Insurance Company, Certain Underwriters at Lloyds (Navigators Syndicate at Lloyds 1221 and Pembroke Syndicate at Lloyds 4000), Certain Underwriters at Lloyds (SJC 2003/Catlin), Certain Underwriters at Lloyds (Brit Insurance, Syndicate 2987), Certain Underwriters at Lloyds (Chaucer Marine Syndicate 1084), Berkshire Hathaway International Insurance Limited, Arch Insurance Company, Lexington Insurance Company, Ironshore Specialty Insurance Company, Landmark American Insurance Company,

    Defendants

Civil Action No. 1:13-cv-01071-SOH

---

## INSURERS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

    PLEASE TAKE NOTICE that pursuant to the Court's own schedule, in Courtroom 219 of the United States District Court, Western District of Arkansas, located at 101

South Jackson Ave., El Dorado, AR 71730, Defendants' National Union Fire Insurance Company of Pittsburgh, PA, Great Lakes Reinsurance UK PLC, ACE American Insurance Company, XL Insurance America, Inc., Certain Underwriters at Lloyds (Talbot Syndicate 1183), Torus Specialty Insurance Company, Certain Underwriters at Lloyds (Navigators Syndicate at Lloyds 1221 and Pembroke Syndicate at Lloyds 4000), Certain Underwriters at Lloyds (SJC 2003/Catlin), Certain Underwriters at Lloyds (Brit Insurance, Syndicate 2987), Certain Underwriters at Lloyds (Chaucer Marine Syndicate 1084), Berkshire Hathaway International Insurance Limited, Arch Insurance Company, Lexington Insurance Company, Ironshore Specialty Insurance Company, Landmark American Insurance Company (hereinafter "Insurers") will bring their Motion for Judgment as a Matter of Law. Insurers request <u>oral argument</u> on the Motion.

The Motion is being brought because Lion Oil has failed to meet its evidentiary burden on the following claims for the following reasons:

1. Lion Oil failed to prove that its financial losses were caused by physical damage to property as required under the Policies;

2. The Interruption by Civil or Military Authority ("Civil Authority") provision is not applicable because there was no physical damage located within five miles of premises described, and because access to Lion Oil's property was not impaired;

3. The Ingress/Egress provision is not applicable because there was no physical damage located within five miles of premises described, and because access to Lion Oil's property was not impaired;

4. The Authorities Clause does not provide coverage under its limited "add back" provision because there was no delayed access or delayed commencement of repairs as a direct result of damage to or destruction of covered property;

5. The Demolition and Increased Cost of Construction ("DICC") provision does not apply to contingent coverages, and Lion Oil did not incur costs to demolish or reconstruct property; and

6. The Expediting Expense provision is not applicable because it does not apply to contingent coverage, and Lion Oil does not have any qualifying expenses.[1]

The Motion is brought pursuant to Federal Rule of Civil Procedure 50 and is based upon this Notice, the Memorandum in Support, the pleadings, records, and papers on file herein and of those matters of which the Court may take judicial notice.

**ROBINS KAPLAN LLP**

By: /s/ William A. Webster
William A. Webster (*Pro Hac Vice*)
Amy M. Churan (*Pro Hac Vice*)
Charles M. Cannizzaro (*Pro Hac Vice*)
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
Tel: (310) 552-0130
Fax: (310) 229-5800
WWebster@RobinsKaplan.com
AChuran@RobinsKaplan.com
CCannizzaro@RobinsKaplan.com

---

[1] Insurers also move for judgment as a matter of law under Rule 50 on Service Interruption, stacking, Contingent Extra Expense, and Expense to Reduce Loss. In order to avoid duplicate briefing, Insurers incorporate by reference the arguments from Insurers' Trial Brief Related to Lion Oil's Contingent Extra Expense Claim and Insurers' Trial Brief Related to the Claimed Service Interruption Coverage and Lion Oil's "Stacking" Claim. (*See* Trial Briefs, Doc. Nos. 191, 193.)

**FRIDAY, ELDREDGE & CLARK LLP**

James M. Simpson, AR #77125
400 West Capital, Suite 2000
Little Rock, AR 72201-3522
Tel: (501) 370-1520
Fax: (501) 376-2147
simpson@fridayfirm.com

Attorneys for Defendants National Union Fire Insurance Company of Pittsburgh, PA, Great Lakes Reinsurance UK PLC, ACE American Insurance Company, XL Insurance America, Inc., Certain Underwriters at Lloyds (Talbot Syndicate 1183), Torus Specialty Insurance Company, Certain Underwriters at Lloyds (Navigators Syndicate at Lloyds 1221 and Pembroke Syndicate at Lloyds 4000), Certain Underwriters at Lloyds (SJC 2003/Catlin), Certain Underwriters at Lloyds (Brit Insurance, Syndicate 2987), Certain Underwriters at Lloyds (Chaucer Marine Syndicate 1084), Berkshire Hathaway International Insurance Limited, Arch Insurance Company, Lexington Insurance Company, Ironshore Specialty Insurance Company, Landmark American Insurance Company

## CERTIFICATE OF SERVICE

I, William A. Webster, hereby certify that on November 2, 2015, a copy of the foregoing **INSURERS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following counsel of record:

Julie DeWoody Greathouse
PPGMR Law, PLLC
P.O. Box 251618
Little Rock, AR 72225
E-mail: julie@ppgmrlaw.com

Kimberly D. Logue
PPGMR Law, PLLC
101 Morgan Keegan Drive, Suite "A"
P.O. Box 251618
Little Rock, AR 72225
E-mail: Kim@ppgmrlaw.com

Peter M. Gillon
Geoffrey J. Greeves
Vernon C. Thompson
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth St., NW
Washington, D.C. 20036-3006
E-mail: peter.gillon@pillsburylaw.com
geoffrey.greeves@pillsburylaw.com
vernon.thompson@pillsburylaw.com

Vincent E. Morgan
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin, Suite 2000
Houston, TX 77010
E-mail: vince.morgan@pillsburylaw.com

Dated: November 2, 2015            /s/ William A. Webster