IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

## MINUTES

| | |
|---|---|
| LION OIL COMPANY | JUDGE: Susan O. Hickey, U. S. District Judge |
| PLAINTIFF | REPORTER: Felisha Burson |
| ATTY: B. Ratcliff, J. Greathouse, P. Gillon, V. Thompson, K. Logue, G. Greeves | CLERK: Robin Gray |
| NUFIC of PA, et al. | CASE NO. 1:13-CV-1071 |
| DEFENDANT | INTERPRETER: |
| ATTY: A. Churan, J, Simpson, W. Webster, C. Cannizzaro | DATE: November 2, 2015 |

ACTION: Jury Trials - Day 5

| TIME | MINUTES |
|---|---|
| 8:30 am | Hearing outside the presence of the jury. |
| 8:53 am | Court convenes. |
| | Evidence on behalf of Plaintiff, Lion Oil Company. |
| | Sworn Plaintiff's Witnesses: (11) Andy Ernst. |
| 9:20 am | Recess. |
| 9:28 am | Court reconvenes. |
| | Evidence on behalf of Plaintiff, Lion Oil Company. |
| | Sworn Plaintiff's Witnesses: (11) Andy Ernst, continuing. |
| | Plaintiff rests. |
| 10:03 am | Recess. |
| 10:30 am | Court reconvenes. |
| | Hearing outside the presence of the jury. |
| | Motion for Judgment as a Matter of Law as to Service Interruption Coverage on behalf of NUFIC, et al. |
| | Motion for Judgment as a Matter of Law as to Lion Oil's Contingent Extra Expense Claim on behalf of NUFIC, et al. |
| | Motion for Judgment as a Matter of Law as to Causation Claim. |
| | Motion for Judgment as a Matter of Law as to Suit & Labor Provision Claim. |
| | Motion for Judgment as a Matter of Law as to Civil Authority. |
| | Motion for Judgment as a Matter of Law as to Ingress and Egress Claim. |
| | Motion for Judgment as a Matter of Law as to Authorities Clause Claim. |
| | Motion for Judgment as a Matter of Law as to Demolition and Increased Cost of Construction Claim |
| | Motion for Judgment as a Matter of Law as to Expedited Expense Provision Claim. |

CASE NO.: 1:13-CV-1071          DATE: November 2, 2015

TIME                                    MINUTES

| TIME | MINUTES |
|---|---|
|  | Response by Lion Oil Company to Defendant's Motions for Judgment as a Matter of Law. |
|  | Oral Motion to withdraw Demolition and Increased Cost of Construction Claim - Granted. |
|  | Oral Motion to Withdraw Expedited Expense Provision Claim - Granted. |
|  | Oral Motion to Withdraw Authorities Clause Claim - Granted. |
|  | Reply on behalf of NUFIC, et al. |
|  | Motion for Judgment as a Matter of Law as to Service Interruption Coverage on behalf of NUFIC, et al. is denied. |
|  | The Court has issued a written order consistent with this ruling. |
|  | Motion for Judgment as a Matter of Law as to Service Interruption Coverage on behalf of Lion Oil Company is granted. |
|  | The Court has issued a written order consistent with this ruling. |
|  | Motion for Judgment as a Matter of Law as to Lion Oil's Contingent Extra Expense Claim on behalf of NUFIC, et al. is denied.  The Court has issued a written order consistent with this ruling. |
|  | Motion for Judgment as a Matter of Law as to Lion Oil's Contingent Extra Expense Claim on behalf of Lion Oil Company is granted.  The Court has issued a written order consistent with this ruling. |
|  | The Court rules that stacking coverages is not prohibited under the policies.  The Court has issued a written order consistent with this ruling. |
|  | [200] Motion for Judicial Notice of Certain Dictionary Definitions by Lion Oil Company is denied.  The Court has issued a written order consistent with this ruling. |
| 11:06 am | Recess. |
| 11:41 am | Court reconvenes. |
|  | Jury released until 1:00 p.m.  Hearing outside the presence of the jury. |
|  | Defendant's objection the the Court's ruling re: stacking coverages. |
| 11:50 am | Recess. |
| 12:55 pm | Court reconvenes. |
|  | The Court's ruling re: stacking coverages remain.  Objections are noted for the record. |
|  | Plaintiff has rested.  All Motions have been ruled on.  Objections are noted for the record. |
|  | Evidence on behalf of NUFIC of PA, et al. |
|  | Sworn Defendant's Witnesses:  (1)  Andy Ernst. |
| 2:50 pm | Recess. |
| 3:10 pm | Court reconvenes. |
|  | Evidence on behalf of NUFIC of PA, et al. |
|  | Sworn Defendant's Witnesses:  (1)  Andy Ernst, continuing.  (2)  Kenneth Gibson. |
|  | Jury released until 8:30 a.m., Tuesday, November 3, 2015. |
|  | Hearing outside the presence of the jury. |
| 4:45 pm | Court adjourned. |