IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

## MINUTES

| | |
|---|---|
| PLAINTIFF: LION OIL COMPANY | JUDGE: Susan O. Hickey, U. S. District Judge |
| ATTY: B. Ratcliff, J. Greathouse, P. Gillion, V. Thompson, K. Logue, G. Greeves | REPORTER: Felisha Burson |
| | CLERK: Robin Gray |
| DEFENDANT: NUFIC of PA, et al. | CASE NO.: 1:13-CV-1071 |
| | INTERPRETER: |
| ATTY: A. Churan, J. Simpson, W. Webster, C. Cannizzaro | DATE: November 4, 2015 |
| ACTION: Jury Trial - Day 7 | |

| TIME | MINUTES |
|---|---|
| 8:20 am | In Chambers hearing. |
|  | Jury Instruction Conference. |
| 9:00 am | Recess. |
| 10:00 am | Court convenes. |
|  | Jury Instruction by the Court. |
|  | Defendants, NUFIC of PA, et al., rest. |
|  | All Motions are renewed. The Court's rulings remain. Objections are noted for the record. |
|  | Oral Motion for Judgment as a Matter of Law as to Causation on behalf of Lion Oil Company - DENIED. Objections are noted for the record. |
|  | Offer of Evidence on behalf of NUFIC of PA, et al. |
| 10:04 am | Instructions to the Jury by the Court. |
| 10:20 am | Closing Argument on behalf of Plaintiff, Lion Oil Company. |
| 10:53 am | Closing Argument on behalf of Defendants, NUFIC of PA, et al. |
| 11:32 am | Rebuttal Argument on behalf of Plaintiff, Lion Oil Company. |
|  | Jury recess. |
|  | Hearing outside the presence of the jury. |
| 11:48 am | Recess. |
| 12:44 pm | Hearing outside the presence of the jury. |
| 12:48 pm | Recess. |
| 12:51 pm | Court reconvenes. |
|  | Final Jury Instructions by the Court. |
| 12:59 pm | Jury retires for deliberations. |

CASE NO.: 1:13-CV-1071    DATE: November 4, 2015

TIME                MINUTES

|         |                                                                  |
|---------|------------------------------------------------------------------|
|         | Hearing outside the presence of the jury.                        |
| 1:05 pm | Recess pending jury deliberations.                               |
| 3:17 pm | Court reconvenes.                                                |
|         | Jury returns with a verdict in favor of Plaintiff, Lion Oil Company. |
|         | The jury is released.                                            |
|         | Hearing outside the presence of the jury.                        |
|         | The parties will submit an agreed judgment for the Court to enter. |
| 3:25 pm | Court Adjourned.                                                 |