Case 1:13-cv-01071-SOH   Document 238   Filed 11/04/15   Page 1 of 1 PageID #: 5140

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 04 2015
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

# VERDICT FORM

Your verdict in this case will be determined by your answers to the following questions. Read the questions and notes carefully because they explain the order in which the questions should be answered and which questions may be skipped.

**Note:** Please answer the following question by marking an X in the appropriate space.

After May 27, 2012, was damage to EMPCo's property the dominant, direct, and efficient cause of any of Lion Oil's losses or expenses?

__X__ Yes  _____ No
(Mark an X in the appropriate space)

**Note:** Answer the following two questions only if the above finding is "Yes." If the above finding is "No," have your foreperson sign and date this form because you have completed your deliberations on this claim.

Beginning April 28, 2012, what amount, if any, of Lion Oil's net margin or income losses were dominantly, directly, and efficiently caused by damage to EMPCo's property?

$ _60,404,000_

**Note:** Please make this decision regarding net margin or income losses without reference to the policies' sub-limits. The Court will apply the damages determined by the jury in accordance with the applicable policy provisions.

Beginning April 28, 2012, what amount, if any, of Lion Oil's expenses were dominantly, directly, and efficiently caused by damage to EMPCo's property?

$ _11,340,675_

**Note:** Please make this decision regarding expenses without reference to the policies' sub-limits. The Court will apply the damages determined by the jury in accordance with the applicable policy provisions.

_____
Foreperson

Dated: _11/4/2015_