IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LION OIL COMPANY                                                                                    PLAINTIFF

V.                                             Civil No. 13-CV-1071

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, *et al.*                                              DEFENDANTS

**ORDER**

Before the Court is Defendants' Unopposed Motion to Vacate Three Court Rulings. ECF No. 240. On November 4, 2015, this case proceeded to trial, and the jury reached a verdict; however, the parties reached a negotiated settlement prior to entry of a final judgment. Defendants now move the Court to vacate the following three Court rulings: (1) the Memorandum Opinion and Order issued on September 10, 2015, in which the Court denied summary judgment in favor of Plaintiff (ECF Nos. 138 and 139); (2) a ruling issued during trial related to the issue of service interruption coverage (ECF No. 217); and (3) a ruling during trial related to contingent extra expense coverage (ECF No. 218).

The Court notes that district court rulings are not treated as binding precedents in other cases. The three rulings that are the subject of the present motion would have no preclusive effect for purposes of res judicata or collateral estoppel. Further, the parties have stated that Plaintiff's agreement not to oppose the present motion facilitated the settlement of this case. Upon consideration, the Court finds that vacatur of the three rulings is in the best interests of both parties and does not run counter to any prevailing public interest.

Accordingly, pursuant to Federal Rule of Civil Procedure 60(b)(5) and (b)(6), Defendants' Unopposed Motion to Vacate Three Court Rulings (ECF No. 240) is **GRANTED**. The following rulings of this Court are vacated: (1) the Memorandum Opinion and Order issued on September 10, 2015, in which the Court denied summary judgment in favor of Plaintiff (ECF Nos. 138 and 139); (2) a ruling issued during trial related to the issue of service interruption coverage (ECF No. 217); and (3) a ruling during trial related to contingent extra expense coverage (ECF No. 218). Pursuant to the parties' Stipulation of Dismissal with Prejudice (ECF No. 239), a separate order will be entered dismissing this case with prejudice.

IT IS SO ORDERED, this 25th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge