IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LION OIL COMPANY                                                                                              PLAINTIFF

V.                                            Civil No. 13-CV-1071

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, *et al.*                                                       DEFENDANTS

## **ORDER**

Before the Court is a Stipulation of Dismissal with Prejudice. ECF No. 239. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the above-captioned actions is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 25th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge